IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIM E. KNIGHT, individually and as personal representative of the Estate of Shawn E. Knight, deceased, <br><br> Plaintiff, <br><br> v. <br><br> ANDREW BOBANIK, in his official and individual capacities, et al., <br><br> Defendants. | Civil Action No. No. 15-0820 <br><br> Honorable Mark R. Hornak |

**REPORT OF NEUTRAL**

An ENE/Mediation session was held in the above-captioned matter on November 6, 2017.

The case (please check one):

_____   has resolved

_____   has resolved in part (see below)

\_\_\_\_X\_\_\_\_\_   has not resolved.

The parties request that a follow up conference with the Court should be scheduled within _____ days.

If the case has resolved in part, please indicate the part that has resolved and/or the claims(s)/parties that remain:

_____

_____

Date: November 6, 2017          /s/David B. White, Esquire
                                Signature of Neutral