IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KIM E. KNIGHT,

          Plaintiff,

   v.

ANDREW BOBANIC, ADAM JANOSKO,
JAMES GARLOCK and TODD M. PORTER,

          Defendant.

Civil Action No. 15-820

Judge Mark R Hornak

## RESPONSE TO PLAINTIFFS MOTION TO REOPEN DISCOVERY TO CONDUCT EXPERT DISCOVERY (ECF 53)

And now comes the Defendants, who file the within response to plaintiffs motion to re-open discovery to conduct expert discovery.

Defendants consent to the motion as long as the opportunities to engage in discovery are mutual.

Respectfully submitted:

JOSHUA SHAPIRO
Attorney General

/s/ *Michael E. Kennedy*
MICHAEL E. KENNEDY
Deputy Attorney General
PA ID 52780

KENNETH JOEL
Chief Deputy Attorney General
Chief, Litigation Section
OFFICE OF ATTORNEY GENERAL
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219