IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIM E. KNIGHT, individually and as personal representative of the Estate of Shawn E. Knight, deceased,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW BOBANIK, in his official and individual capacities; ADAM JANOSKO, in his official and individual capacities; JAMES L. GARLICK, in his official and individual capacities; and TODD M. PORTER, in his individual and official capacities,<br><br>Defendants. | Civil Action No. 2:15-cv-00820<br><br>Honorable Mark R. Hornak<br><br><br><br><br><br><br><br>Electronically filed. |

ORDER

AND NOW, this 9TH day of November, 2017, upon consideration of Plaintiff's Motion to Re-Open Discovery, said motion is GRANTED. It is hereby ORDERED that Plaintiff shall serve her Expert Report(s) on the Defendants by December 15, 2017;

~~Plaintiff's expert(s) shall be deposed on or before _____~~

Defendants shall serve their Expert Report(s) on the Plaintiff by JANUARY 15, 2018, and Any ~~Defendants'~~ expert(s) May ~~shall~~ be deposed on or before February 16, 2018.

By the Court,

_[signature]_ J.